JS-6

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11
12   RAFAEL ARROYO, JR.,                    Case No. CV 19-02772-AB (Ex)

13              Plaintiff,

14   v.                                      **ORDER DISMISSING CIVIL ACTION**

15   H2RJA2 LLC, a California Limited
16   Liability Company; TRINIDAD
     FUEL COMPANY, a California
17   Corporation; and Does 1-10,

18              Defendants.

19
20
21        THE COURT having been advised by counsel that the above-entitled action has
22   been settled;
23
24        IT IS THEREFORE ORDERED that this action is hereby dismissed without
25   costs and without prejudice to the right, upon good cause shown within **60 days,** to re-
26   open the action if settlement is not consummated.
27
28

1     This Court retains full jurisdiction over this action and this Order shall not
2  prejudice any party to this action.
3
4  Dated:  June 24, 2020     _____
5                              ANDRÉ BIROTTE JR.
6                              UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.